IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LURA ANN GRIMES,                          )
                                          )
            Plaintiff,                    )
                                          )        1:04-CV-00916-DRB
vs.                                       )        [wo]
                                          )
JO ANNE B. BARNHART                       )
COMMISSIONER OF SOCIAL SECURITY,          )
                                          )
            Defendant.                    )

**JUDGMENT**

In accordance with the *Opinion* entered this date, it is **ORDERED, ADJUDGED and**

**DECREED** that:

1.      The decision of the Commissioner of Social Security is affirmed.

2.      **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered

        for the Defendant, Commissioner of Social Security and against the Plaintiff, Lura

        Ann Grimes.

3.      This action is dismissed with prejudice.


Done this 26th day of January, 2006.


                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE